EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Virginia Zequeira Brinsfield | 2016 TSPR 206<br><br>196 DPR ____ |

Número del Caso: TS-6,178

Fecha: 26 de septiembre de 2016

Abogado del Peticionario:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Virginia Zequeira Brinsfield                TS-6,178

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de septiembre de 2016.

Evaluada la solicitud que presentó la Lcda. Virgina Zequeira Brinsfield, así como el *Informe final sobre estado de obra incautada* que presentó la Oficina de Inspección de Notarías, se autoriza la reinstalación de la letrada a la práctica de la notaría, condicionado a que previamente preste la fianza requerida por el Art. 7 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo